UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE HICKMAN,<br>Plaintiff,<br>v.<br>ELIZONDO,<br>Defendant. | No. 2:26-cv-2446 DC CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2026, the district court denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to pay the filing fee within twenty-one days. (ECF No. 9.)

On October 26, 2026, plaintiff filed a letter addressed to the Clerk of the Court. (ECF No. 10.) In this letter, plaintiff claims that he is issuing a certified promissory note as payment for the filing fee. (Id. at 1.) In support of this claim, plaintiff refers to various exhibits attached to the letter. (Id. at 2-12.) The court does not accept promissory notes as payment for the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted twenty-one days from the date of this order to pay the filing fee ($405.00) for this action.

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: November 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hick2446.ord/2